IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-11-165-7 |
| | § |
| LISA WEISZ LIPTON | § |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 352). The motion for continuance is GRANTED. The sentencing hearing is reset to **July 28, 2014 at 9:00 a.m**.

SIGNED on May 30, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge