# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-11-165-7 |
| LISA WEISZ LIPTON | § | |

# O R D E R

The motion to amend judgment filed by defendant Lisa Lipton, (Docket Entry No. 478), is denied. It was filed long after the judgment, entered on August 24, 2014, became final. Although it is based on information available at the time of sentencing, the request was not made then or shortly after. Even if it had been timely raised, the factual basis set out in the motion would be an insufficient basis for the relief sought, given the other information in the presentence report about what Ms. Lipton disclosed to the court and to the pretrial services and probation officers before sentencing.

SIGNED on November 18, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge